STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

RAMON RIVERA TORRES

ANA M RIVERA

Case No. 10-09829-SEK

Chapter 13

Attorney Name: JOSE PRIETO CARBALLO ESQ*

## I. Appearances

Debtor [✓] Present [ ] Absent
Joint Debtor [✓] Present [ ] Absent
Attorney for Debtor [✓] Present [ ] Absent
[ ] Pro-se
[ ] Substitute _____

Date: November 23, 2010
Time: 3:02 PM Track: _____
[✓] This is debtor(s) [ ] Bankruptcy filing.
Liquidation Value: $375
   $435.
Creditors _None_

## II. Oath Administered
[✓] Yes    [ ] No

## III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
   [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[ ] State Tax Returns _06, 08-09_ [✓] Returned
[ ] Federal Tax Returns _____ [ ] Returned
[✓] Evidence of income (60 days prior to petition)

## IV. Status of Meeting    [ ] Closed    [ ] Not Held    [✓] Continued _____ at _____

→ Held but left open pursuant to S 1308 for 20 days.

## V. Trustee's Report on Confirmation
[ ] FAVORABLE
[ ] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[✓] Fails liquidation value test → plan has to distribute at least 0.5% to all unsecured creditors
[ ] Fails disposable income test (I & J)
[✓] No provision for secured creditor(s)
_Shares with CondelCoop._

[ ] Treat value of collateral separately
[ ] No provision for insurance
[✓] Tax returns missing
   [✓] State - years _2007_
   [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
   [ ] Missing    [ ] Incomplete
[ ] Stmt. of Current Monthly Income
   [ ] Incomplete    [ ] Missing
[ ] Fails commitment period    [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
   [ ] Missing    [ ] More than 180 days
[ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[✓] Other:

_Plan does not specify if CondelCoop will be paid 100% of payhead. Also debtors to address why 2 claims by CondelCoop_

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

RAMON RIVERA TORRES　　　　　　　　　Case No. 10-09829-SEK

ANA M RIVERA　　　　　Chapter 13　　　Attorney Name: JOSE PRIETO CARBALLO ESQ*

---

**VI. Plan**　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Cont.)

Date: October, 20, 2010　　Base $ 48,000.00　　[X] Filed　　Evidence of Pmt shown: _____

Payments _0_ made out of _1_ due.　　[ ] Not Filed

**VII. Confirmation Hearing Date:** December, 21, 2010

**VIII. Attorney's fees as per R. 2016(b)**

$3,000.00 - $186.00 = $2,814.00

**IX. Documents to be provided w/in ____ days**

[ ] Amended schedules _____
[✓] Insurance estimate
　_1999 Mercedes Benz_
[ ] Assumption/Rejection executory contract
　_____
[ ] Appraisal _____

[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
　　[ ] Debtor　[ ] Joint debtor
[ ] Other: _____

[✓] Amended S.O.F.A. → #2 include rental income since 2007
[ ] Amended plan
[ ] Business Documents
[ ] Monthly reports for the months _____

[ ] Public Liability Insurance
[ ] Premises _____
[ ] Vehicle(s) _____
[ ] Licenses issued by: _____

---

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: ④ Debtors to delete exempt r/e, CondelCorp's $2,300 shares or trustee will file objection

---

**COMMENTS**

① Debtor will amend Sch B (line 35) to correct address of inheritance address. It is located Parcela Marquez Calle Almendra, #11, Manati. It is concrete home - 3 bedrooms, 1 bathroom. No mortgage owing on said property. There are 3 heirs, same marriage and there's a surviving widow.

② Debtors → will object POC#2 filed by CondelCoop since they understand that it is only one debt.

③ Trustee will file motion to dismiss if 1st pymt is not received in next 10 days.

Trustee/Presiding Officer　　　　　　　　　　Date: November 23, 2010　(Rev.)