IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| RAMON RIVERA TORRES | CASE 10-09829-SEK |
| ANA M RIVERA | CHAPTER 13 |
| DEBTOR(S) | |

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **November 23, 2010**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate has been determined to be: $375 (PV: $435)

3. With respect to the attached payment plan:

AMENDED PLAN DATE: December 08, 2010    PLAN BASE: $48,000.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 12/21/2010

☐ FAVORABLE        [X] UNFAVORABLE

1. ☐ FEASIBILITY 11 USC § 1325(a)(6):

2. [X] INSUFFICIENTLY FUNDED § 1325(b):
   To pay Candel Coop: co-debtor debt.

3. ☐ UNFAIR DISCRIMINATION § 1322(b):

4. [X] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):
   Fails Liquidation Value

5. ☐ FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [X] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):
   Candel Coop: Surrender Shares

7. [X] OTHER:
   Amend sch. B and C: docket #18 is empty. Trustee hereby closed meeting of Creditors. Need to provide insurance quote.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee: $3,000.00 /$186.00/$2,814.00

Atty: JOSE PRIETO CARBALLO

/s/ Rosamar García Fontán
Rosamar García Fontán
USDC # 221004
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062