IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

RAMON RIVERA TORRES
ANA M RIVERA

DEBTOR(S)

CASE 10-09829-SEK
CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **November 23, 2010**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate has been determined to be: 0

3. With respect to the attached payment plan:

AMENDED PLAN DATE: January 11, 2011     PLAN BASE: $51,750.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 1/19/2011

[ ] FAVORABLE                [X] UNFAVORABLE

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

2. [X] INSUFFICIENTLY FUNDED § 1325(b):
   To pay secured creditors.

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [X] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):
   Surrender shares for Candel Coop.

7. [X] OTHER:
   Provide insurance quote for Reliable's collateral. Objection to claim 1-1 pending for adjudication.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$186.00/$2,814.00

Atty: JOSE PRIETO CARBALLO

/s/ Osmarie Navarro Martínez

Osmarie Navarro Martínez
USDC # 222611
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062