IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

RAMON RIVERA TORRES

ANA M RIVERA

XXX-XX-0328

XXX-XX-9685

Debtor(s)

CASE NO. 10-09829 SEK

Chapter 13

FILED & ENTERED ON 06/13/2011

**O R D E R**

For the reasons stated in RELIABLE FINANCIAL SERVICES'S Motion to Dismiss filed on 05/10/2011, which has not been opposed, this case is hereby dismissed. All pending matters are moot.

The Clerk will close all proceedings, vacate any hearing date and notify this Order.

San Juan, Puerto Rico, this June 13, 2011.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

c: ALL CREDITORS
   DEBTOR
   JOSE M PRIETO CARBALLO
   ALEJANDRO OLIVERAS RIVERA