# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO: 10-09829 |
|---|---|
| RAMON RIVERA TORRES<br>ANA M RIVERA | CHAPTER 13 |
| DEBTOR(S) | |

## MOTION TO INFORM
## POST CONFIRMATION MODIFICATION PLAN UNDER §1329

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to adjust payment schedule.

**WHEREFORE,** it is respectfully requests this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 20th day of June of 2011.**

JPC LAW OFFICE

José M Prieto Carballo, Esq.
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:                                                                                          Case No. 10-09829-13

RIVERA TORRES, RAMON & RIVERA, ANA M              Chapter 13
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: 1/10/2011
☐ PRE ☐ POST-CONFIRMATION                Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 800.00 x 1 = $ 800.00
$ 450.00 x 11 = $ 4,950.00
$ 675.00 x 12 = $ 8,100.00
$ 875.00 x 12 = $ 10,500.00
$ 1,100.00 x 24 = $ 26,400.00

TOTAL: $ 50,750.00

Additional Payments:
$ 1,000.00 to be paid as a LUMP SUM within 60 months with proceeds to come from:

☐ Sale of Property identified as follows:

☑ Other:
FROM FUTURE TAX REFUNDS RECEIVED DURING THE LIFE OF THE PLAN

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 51,750.00

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. BPPR      Cr. _____      Cr. _____
# 071010018964240      # _____      # _____
$ 4,200.00      $ _____      $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. RELIABLE FINANCIAL      Cr. _____      Cr. _____
# 078675809      # _____      # _____
$ 6,506.00      $ _____      $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____      Cr. _____      Cr. _____
# _____      # _____      # _____
$ _____      $ _____      $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
COOP A/C MANATI
5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
BPPR

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☑ Classifies ☐ Does not Classify Claims.
1. (a) Class A: ☑ Co-debtor Claims / ☐ Other: _____
              ☐ Paid 100% / ☐ Other: _____
Cr. CANDELCOOP      Cr. _____      Cr. _____
# 14066      # _____      # _____
$ 38,012.00      $ _____      $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,814.00

Signed: /s/ RAMON RIVERA TORRES
Debtor

/s/ ANA M RIVERA
Joint Debtor

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

DEBTOR WILL PROVIDE AN INSURANCE TO RELIABLE FINANCIAL TROUGH EASTERN AMERICAN INSURANCE.

ADEQUATE PROTECTION TO RELIABLE FIN OF $125.00

Attorney for Debtor Jose Prieto                                            Phone: (787) 607-2066

CHAPTER 13 PAYMENT PLAN

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 10-09829-SEK13<br>District of Puerto Rico<br>Old San Juan<br>Wed Dec  8 14:57:30 AST 2010 | COOP A/C MANATI<br>MIREYA BALTAZAR SUAZO ESQ<br>PO BOX 2102<br>BARCELONETA, PR 00617-2102 | RECOVERY MANAGEMENT SYSTEMS CORP<br>GE MONEY BANK<br>PEP BOYS/CAR CARE<br>25 S E 2 ND AVE SUITE 1120<br>MIAMI, FL 33131-1605 |
| US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AEE<br>P O BOX 364267<br>SAN JUAN, PR 00936-4267 | BANCO SANTANDER<br>P O BOX 362589<br>SAN JUAN, PR  00936-2589 |
| BPPR<br>P O BOX 366818<br>SAN JUAN, PR 00936-6818 | CANDELCOOP<br>P O  BOX 3249<br>MANATI, PR 00674-3249 | (p)COOP A C DE MANATI<br>PO BOX 30562<br>MANATI PR 00674-8516 |
| RELIABLE FINANCIAL<br>P O BOX 21382<br>SAN JUAN, PR  00928-1382 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS, CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | ANA M RIVERA<br>RR 9 CALLE 17<br>URB  FLAMBOYAN<br>BAYAMON, PR 00926 |
| JOSE M PRIETO CARBALLO<br>JPC LAW OFFICE<br>PO BOX 363565<br>SAN JUAN, PR 00936-3565 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901-1938 | RAMON RIVERA TORRES<br>RR 9 CALLE 17<br>URB  FLAMBOYAN<br>BAYAMON, PR 00926 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

COOP A/C MANATI
CALL BOX 30562
MANATI, PR  00674-0562

End of Label Matrix
Mailable recipients    14
Bypassed recipients     0
Total                  14