IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

RAMON RIVERA TORRES

ANA M RIVERA

DEBTOR(S)

CASE NO. 10-09829-SEK

CHAPTER 13

# TRUSTEE'S UNFAVORABLE REPORT
# ON POST CONFIRMATION MODIFIED PLAN DATED 1/11/2011

With respect to the above-referred payment plan with a base of $51,750.00 the Trustee Renders the following recommendation:

☐ **FAVORABLE**   ☒ **UNFAVORABLE**

1. ☒ FEASIBILITY 11 USC § 1325(a)(6):
   Debtors are in arrears in the amount of $2,300.00 as per this pcm.

2. ☐ INSUFFICIENTLY FUNDED § 1325(b):

3. ☐ UNFAIR DISCRIMINATION § 1322(b):

4. ☐ FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. ☐ FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. ☒ DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):
   No provision for secured claim filed by CRIM.

7. ☒ OTHER:
   Plan to specify treatment for Candel Coop. (in full or pay ahead).

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

DATE: 6/21/2011

JOSE M PRIETO CARBALLO*
COUNSEL FOR DEBTOR(S)

/s/ Pedro R Medina

Pedro R Medina
USDC #226614

For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062